IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR445** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SHELLY M. JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 33).

The Defendant is released on bond, and sentencing is scheduled for June 22, 2009. The Defendant, who is pregnant and due to deliver the baby on or about July 22, 2009, requests a continuance of the sentencing hearing. According to the motion, she was hospitalized on June 4, 2009, for high blood pressure, and if her blood pressure cannot be controlled, labor may be induced on or about June 22, 2009. In any event, the Defendant asks that sentencing be continued until after September 1, 2009, so that she may have time to deliver the baby, recover, and bond with the baby.

With respect to a possible date for the inducement of labor, the request to continue the sentencing date is premature as sentencing is more than two weeks away. With respect to the issues of delivery, recovery and bonding, as long as the Defendant complies with her pretrial release conditions she likely will be allowed to self surrender at a time to be set at sentencing, after consultation with the parties. Therefore, the motion will be denied without prejudice to reassertion if the birth occurs on or about June 22, 2009.

Otherwise, the remaining issues can be raised at sentencing in relation to the anticipated self surrender date.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 33) is denied without prejudice.

DATED this 5th day of June, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge