IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR445** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **SHELLY M. JONES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend her self surrender date to a date uncertain (Filing No. 46). The motion does not state the government's position, does not state how long of a continuance is requested, and is not accompanied by any medical doctor's statement regarding the Defendant's condition and estimate of a date when the Defendant is medically able to self surrender. Therefore, the motion will be denied without prejudice to reassertion of the request that includes each of these items.

IT IS ORDERED that the Defendant's motion to extend her self surrender date (Filing No. 46) is denied without prejudice.

DATED this 24th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge