# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR445 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHELLY M. JONES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the Defendant's self surrender date for 90 days (Filing No. 51).

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 51) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, January 11, 2010, to the institution designated by the U.S. Bureau of Prisons;

3. Any subsequent requests for extensions of time must be accompanied by a doctor's letter stating the doctor's opinion regarding a suitable date for the Defendant's self surrender for service of her sentence; and

4. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 29th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge