**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR445** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SHELLY M. JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue self surrender and/or alter sentence (Filing No. 53).

IT IS ORDERED:

1.  The Defendant's motion to continue self surrender and/or alter sentence (Filing No. 53) is denied; and

2.  An Amended Judgment and Commitment will be issued with a recommendation to the Bureau of Prisons that the Defendant be relocated from the facility in Pekin, Illinois, to a federal medical facility.

DATED this 6th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge