IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR445** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **SHELLY M. JONES,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Reconsider (Filing No. 58). The Defendant Shelly M. Jones asks the Court to reconsider its denial of an extension of her self-surrender date, noting that her medical condition will prevent her from transporting herself to the BOP facility in Pekin, Illinois, to which she is currently designated to surrender on January 11, 2010. The Defendant asserts that she will need to surrender to the U.S. Marshal at the federal courthouse in Omaha, Nebraska, and that the Marshal will be unable to accommodate her medical needs pending transportation. She further contends that her medical needs likely will not be accommodated at the Pekin, Illinois, facility pending her transfer to a medical facility.

While it is possible for the Marshal and the Pekin, Illinois, BOP facility to accommodate the Defendant's medical needs, it appears that the preferred course of action is to permit her to surrender after the BOP has had an opportunity to designate a medical facility for her confinement, pursuant to the Amended Judgment and Commitment Order.


Accordingly,

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Reconsider (Filing No. 58) is granted;

2. The Defendant Shelly M. Jones will surrender to the institution designated by the Bureau of Prisons no later than Thursday, March 11, 2010, at 2:00 p.m.;

3. The Clerk's Office shall immediately deliver a copy of this order to the Marshals Office; and

4. Counsel for the Defendant will fax to the U.S. Marshal, attention Buck Trout, 402-221-3006, a physician's statement describing the Defendant's medical condition and special needs on or before Thursday, January 14, 2010.

DATED this 7th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge