IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>    vs. )<br>SHELLY M. JONES, )<br>          Defendant. ) | 8:08CR445<br><br>ORDER |

Defendant Shelly M. Jones appeared before the court on Monday, June 18, 2012 on an Amended Petition for Warrant or Summons for Offender Under Supervision [62]. The defendant was represented by CJA Panel Attorney Julie A. Frank, and the United States was represented by Assistant U.S. Attorney John E. Higgins. Defendant waived her right to a preliminary examination. The government moved for detention.

A detention hearing was held on Thursday, June 21, 2012. The defendant was represented by CJA Panel Attorney Julie A. Frank, and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin for John E. Higgins. The government did not contest the release plan proposed by the United States Probation Office. Therefore, defendant will be placed on home confinement with electronic monitoring. The Probation Office is to inform the U.S. Marshal as to the implementation of electronic monitoring, at which time the defendant will be placed on home confinement on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 26, 2012 at 10:00 a.m.** Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision once electronic monitoring has been implemented.

DATED this 21st day of June, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge